IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

YAAQOB YOSHIYAH, a.k.a.                                                     PLAINTIFF
JAMES W. PETERS, JR., ADC # 124686

v.                          No. 5:09CV00117 JLH-JJV

LARRY NORRIS, Director, Arkansas
Department of Corrections, *et al.*                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's Complaint is DISMISSED.

IT IS FURTHER ORDERED that the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 18th day of February, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE